IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS BALSEWICZ,

    Plaintiff,                                         JUDGMENT IN A CIVIL CASE

v.                                                                      12-cv-153-bbc

GARY HAMBLIN, RANDALL HEPP,
TAMMY MAASEN, KENNETH ADLER,
KEVIN CLARK and DAVID HAGGLUND,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Gary Hamblin and Randall Hepp; and

    (2) granting defendants Tammy Maassen, Kenneth Adler, Kevin Clark and David. Hagglund's motion for summary judgment and dismissing this case.

| /s/ | 8/28/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |